UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INOVALON PROVIDER, INC., f/k/a ABILITY NETWORK INC.,<br><br>  Petitioner,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC,<br><br>  Respondent. | Civil Action No. _____<br><br>**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT** |

**PLEASE TAKE NOTICE**, that upon the accompanying (1) Petition to Confirm Arbitration Award and to Enter Judgment ("Petition"), (2) the Declaration of Douglas S. Heffer and the exhibits attached thereto, and (3) the Memorandum of Law in Support of Petition, all other evidence the Court deems appropriate to consider, and pursuant to Federal Arbitration Act, 9 U.S.C. § 9, Petitioner Inovalon Provider, Inc., through its undersigned counsel, moves this Court, located at 500 Pearl St, New York, NY 10007, on a date and time convenient for the Court, for an order and judgment confirming the award, directing that judgment be entered thereon, and granting such other and further relief as this Court deems just and proper.

Dated: March 31, 2025                    FOLEY & LARDNER LLP

/s/ *Douglas S. Heffer*
Douglas S. Heffer
Sabrina M. Bryan
90 Park Avenue
New York, NY 10016
Tel: 212.682.7474
dheffer@foley.com
sbryan@foley.com

*Attorneys for Petitioner*
*Inovalon Provider, Inc.*