```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| INOVALON PROVIDER, INC., f/k/a ABILITY NETWORK INC., | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/4/2025 |
| Petitioner, | |
| -against- | 25 Civ. 2671 (AT) |
| LABQ CLINICAL DIAGNOSTICS, LLC, | **ORDER** |
| Respondent. | |

ANALISA TORRES, District Judge:

On March 31, 2025, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **April 25, 2025**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **May 16, 2025**, Respondent shall file its opposition; and

3. By **May 23, 2025**, Petitioner shall file its reply, if any.

By **April 9, 2025**, Petitioner shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, <u>and</u> upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **April 11, 2025**, Petitioner shall file an affidavit of such service.

SO ORDERED.

Dated: April 4, 2025
   New York, New York

_____
ANALISA TORRES
United States District Judge