UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INOVALON PROVIDER, INC., f/k/a ABILITY
NETWORK INC.,

Petitioner,

-against-

LABQ CLINICAL DIAGNOSTICS, LLC,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/18/2025

25 Civ. 2671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Respondent's Rule 7.1 Corporate Disclosure Statement states that "LabQ Clinical Diagnostics, LLC" is a "New York Corporation with its principal place of business in Brooklyn, New York." *See* ECF No. 28.  If, however, Respondent is a limited liability company, as its name suggests, it has the citizenship of each of its members. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000).  If Respondent is a limited liability company, by **December 22, 2025,** Respondent shall file a revised Rule 7.1 Corporation Disclosure Statement identifying the citizenship of each of its members.  Alternatively, if Respondent is a corporation, by that **same date**, it shall file a letter on the docket so confirming.

SO ORDERED.

Dated: December 18, 2025
        New York, New York

ANALISA TORRES
United States District Judge