UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INOVALON PROVIDER, INC., f/k/a ABILITY
NETWORK INC.,

Petitioner,

-against-

LABQ CLINICAL DIAGNOSTICS, LLC,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/30/2025

25 Civ. 2671 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated December 29, 2025, Petitioner's counsel informed the Court that on December 27, 2025, a judge in Minnesota State Court, County of Hennepin, Fourth Judicial District "issued an Order confirming the arbitration award which is the subject of the pending petition in this proceeding." Ltr., ECF No. 34; Pet. ECF No. 1. Accordingly, by **January 6, 2026,** Petitioner shall inform the Court whether—and if so, on what basis—it objects to the Court denying the pending petition as moot and closing the case.

SO ORDERED.

Dated: December 30, 2025
New York, New York

ANALISA TORRES
United States District Judge