

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 1/6/2026

January 5, 2026

**Via ECF**

The Honorable Analisa Torres, United States Magistrate Judge
United States District Court
Southern District of New York,
500 Pearl Street
New York, New York 10007

      Re:    *Inovalon Provider, Inc., f/k/a Ability Network Inc. v. LabQ Clinical Diagnostics, LLC*, 1:25-cv-02671

Dear Judge Torres:

      We write on behalf of Petitioner Inovalon Provider, Inc., formerly known as Ability Network, Inc. ("Inovalon"), pursuant to the Court's December 30, 2025 Order (ECF No. 35), to inform the Court that Inovalon does not object to the Court denying the pending petition as moot and closing the case. Inovalon intends to domesticate the Minnesota judgment in New York once it is entered.

      Respectfully submitted,

      */s/ Douglas A. Heffer*

      Douglas A. Heffer

The petition to confirm arbitration at ECF No. 2 is DENIED as moot. Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: January 6, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.