**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
INOVALON PROVIDER, INC., f/k/a ABILITY
NETWORK INC.,

                              Petitioner,                              25 **CIVIL** 2671 (AT)

           -against-                                     **JUDGMENT**

LABQ CLINICAL DIAGNOSTICS, LLC,

                          Respondent.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 6, 2026, the petition to confirm arbitration at ECF No. 2 is DENIED as moot; accordingly, the case is closed.

**Dated**: New York, New York
       January 8, 2026

                                     **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                    **BY:**               K. Mango

                                     _____
                                     **Deputy Clerk**